IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Richard Frommel, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:14cv522 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on June 10, 2015 (Doc. 10), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 29, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner to deny Plaintiff Disability Insurance Benefits and Supplemental Security Income is REVERSED because it is not supported by substantial evidence in the record.

This case is hereby REMANDED for further review and evaluation at the administrative level.

IT IS SO ORDERED.

                     s/Susan J. Dlott            
                  Judge Susan J. Dlott
                  United States District Court