IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Richard Frommel,

   Plaintiff(s),

vs.

Commissioner of Social Security,

   Defendant(s).

Case Number: 1:14cv522

Judge Susan J. Dlott

ORDER

  The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on October 28, 2015 (Doc. 17), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 16, 2015, hereby ADOPTS said Report and Recommendation.

  The Court has also reviewed the Supplemental Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman that was filed on January 19, 2016 (Doc. 21), and noting that no objections have been filed thereto and that the time for objections to be filed expired on February 5, 2016, hereby ADOPTS the Supplemental Report and Recommendation (Doc. 21).

  Accordingly, plaintiff's motion for attorney fees (Doc. 18) is GRANTED.  The prior Report and Recommendation (Doc. 17) will stand.  However, plaintiff is AWARDED an additional ten (10) hours for the time spend drafting the reply memorandum, at the hourly rate of $186.60 per hour, for a supplemental EAJA award of $1,856.00 in addition to the amount of $5,949.20 and $400.00 of expenses previously recommended on October 28, 2015.

  IT IS SO ORDERED.

             ___s/Susan J. Dlott_____
             Judge Susan J. Dlott
             United States District Court